JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
SEP 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SANTULAN,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>BRACHFELD AND ASSOCIATES,<br><br>　　　　Defendant. | CASE NO. CV 09-1786 PA (PLAx)<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

Pursuant to the Stipulation between the parties, the Court ordered as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41 (a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: 9/30/09

_____
UNITED STATES DISTRICT JUDGE